# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

RACHEL ETA HILL,                                   Case No. 18-CV-0112 (DSD/SER)

    Plaintiff,

v.                                                                **ORDER**

STATE OF MINNESOTA,

    Defendant.

---

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that this action be DISMISSED WITHOUT PREJUDICE under Fed. R. Civ. P. 41(b) for failure to prosecute.

Dated: May 14, 2018                        s/David S. Doty
                                                      David S. Doty, Judge
                                                      United States District Court